UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN GIBREE,
        Plaintiff,

v.    Civil Action No. 04-40251-FDS

UNITED STATES POSTAL SERVICE,
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐     GRANTED.

☒     DENIED for the following reason(s):

       Plaintiff has failed to demonstrate he is without sufficient funds to pay the $150 filing fee.

☒     The Clerk shall issue not issue summonses at this time.

☒     Plaintiff shall pay the filing fee within thirty-five (35) days of the date of this Order; failing which, the above entitled action shall be dismissed without prejudice. If the filing fee is paid in accordance with this Order, the clerk is directed to issue a summons to the Plaintiff. Costs of service shall be borne by the Plaintiff.

SO ORDERED.

12.23.04
DATE

                                      F. DENNIS SAYLOR IV
                                      UNITED STATES DISTRICT JUDGE