UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN GIBREE,
        Plaintiff,

    v.                      Civil Action No. 04-40251-FDS

UNITED STATES POSTAL SERVICE,
        Defendant.

### ORDER OF DISMISSAL

SAYLOR, D.J.

    On December 23, 2004 this Court issued an Order (#4) denying Plaintiff's Application to Proceed Without Prepayment of Fees, and directing Plaintiff to pay the filing fee within 35 days. To date, Plaintiff has failed to pay the filing fee.

    Accordingly, for failure to pay the filing fee as directed, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Martin Castles
Deputy Clerk

DATED: January 31, 2005