Motion of Default

John R Gibree

Plaintiff

vs

United States Postal Service

Defendant

Case #:

4:04-cv-40251-FDS

P.S. Sorry about mess.

Dear Sir 4/20

I John Gibree would like to file a motion against the U.S.P.S for being in default in case # 04-CV-40251-FDS and ignoring the courts proper procedure. My life was turned upside down because management retaliated against me with one goal in mind, to terminate me. My termination was so unjust, management work together with my own union to disreguard the National Contract.

The only right I was asking for was to be treated equal and have a healthy work enviroment. Management intensionally retaliated for 10 years of my 18 year on the job. My physical and mental strees was attack every day by management. I have to live with physical and mental disorders every day causing trauma to me and my family. I have these disorders 7-24 and no cure according to the doctors.

Also management turned me in to my coworkers as a whistle blower. Management by intentionally denying my rights and management retaliation ruind my health physically and mentally. Not only did I go through years of stress and retaliation. This whole ordeal has greatly traumisized me and my family, and according to the contract management broke the LAW.

Thank you Very Much

John R Gibree