```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
_____
JOHN GIBREE                   )    CIVIL ACTION NO. 04-40251-FDS
                              )
         Plaintiff,           )
                              )
v.                            )
                              )
UNITED STATES POSTAL          )
   SERVICE                    )
         Defendant.           )
_____)
```

**UNITED STATES' MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

   Pursuant the Rule 6 of the Federal Rules of Civil Procedure, the United States respectfully requests that the Court allow it until June 1, 2005 to answer John R. Gibree's ("Gibree") complaint in order to allow the United States Postal Service time to provide the undersigned with a litigation report so he can properly assess the most appropriate response.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the United States respectfully requests that the Court allow the undersigned until June 1, 2005 to answer the complaint in the above captioned matter.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney

Dated: May 4, 2005    By:   /s/ Christopher Alberto
　　　　　　　　　　　　　　　Christopher Alberto
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　U. S. Attorney's Office
　　　　　　　　　　　　　　　John Joseph Moakley
　　　　　　　　　　　　　　　United States Courthouse
　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　617-748-3311

LOCAL RULE 7.1(a)(2) CERTIFICATE

I Christopher Alberto, was unsuccessful in an attempt to contact Mr. Gibree to discuss this motion and he has not responded to my voice mail message.

> /s/ Christopher Alberto
> Christopher Alberto

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery John Gibree, 11 Marwood Road, Worcester, MA 01602.

> /s/ Christopher Alberto
> Christopher Alberto