UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


_____
JOHN GIBREE                    )      CIVIL ACTION NO. 04-40251-FDS
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
UNITED STATES POSTAL           )
   SERVICE              )
          Defendant.     )
_____)


**UNITED STATES' OPPOSITION TO JOHN R. GIBREE'S MOTION
<u>OF DEFAULT</u>**


     The United States respectfully requests that the court deny

John R. Gibree's ("Gibree") Motion of Default and allow the

undersigned until June 1, 2005 to obtain a litigation report from

the United States Postal Service ("Postal Service") and then file

the appropriate response to Gibree's complaint.  The Postal

Service's litigation is critical for the undersigned to fashion

the most appropriate response, which serves to efficiently move

the case to resolution.  Additionally, Gibree's complaint lacks

clarity; as a result, the Postal Service mistakenly routed the

complaint to it's National Tort Center in St. Louis rather than

to its Northeast Office, which handles litigation involving

personnel issues.   Moreover, Gibree has yet to properly serve

his complaint upon the Postal Service.   Simultaneously with the

filing of this opposition, pursuant to Rule 6 of the Fed. R. Civ.

Proc., the United States filed a motion to extend the time until

June 1, 2005 to answer that complaint.  For the foregoing

reasons, the United States respectfully request that the Court

deny Gibree's Motion of Default.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: May 4, 2005         By:  /s/ Christopher Alberto
                              Christopher Alberto
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              John Joseph Moakley
                              United States Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              617-748-3311


                LOCAL RULE 7.1(a)(2) CERTIFICATE

     I Christopher Alberto, was unsuccessful in an attempt to
contact Mr. Gibree to discuss this motion and he has not
responded to my voice mail message.

                              /s/ Christopher Alberto
                              Christopher Alberto

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery John Gibree, 11 Marwood Road, Worcester, MA 01602.

/s/ Christopher Alberto
Christopher Alberto