Opposition for Extension of Time

John Gibree

Plaintiff

VS

United States Postal Service

Defendant

Case #

4:04-cv-40251-FDS

① U.S.P.S ignored Summons, management always had a above the law attitude, had no accountibility for their actions.

② Tried to hire Lawyers to defend me, but once I mentioned the U.S.P.S. They expressed U.S.P.S has the ability to drag this case through the court system for years.

③ I have also gone to the U.S. Attornys office for help in this matter of Management Abuse. They Respond by saying the donot deal with the U.S.P.S But after several Rejections from the U.S Attornys office for help. The U.S. Attorny's office is defending the U.S.P.S

④ Delaying this case will only Result in Greater Harm to Myself and my family. This Tragic episode would bring more stress to Me and My family. I already had 10 years of Inhumane Treatment from this Dictatorship, The quicker closure comes to this case would Result in helping my family. The Longer it Takes creates more Trauma to My household

5/5/05

⑤ All I ever Wanted, was to be Treated equally and healthy Working Conditions

Thank you Very Much
John R. Sdu

5/3/05

Certificate of Service

I certify I have mailed copies
(Opposition for Extension)

*John R Shea* (signature)

Mailed To

U.S.P.S
192 Main St
Shrewsbury MA.
01546

Attorney General of U.S.
Dept. of Justice
Washington D.C.
20530

Christopher Alberto
United States Attorney's office
1 Courthouse Way
Suite 9200
Boston MA. 02210