UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN R. GIBREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. CV-04-40251-FDS |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THE DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY,
FOR SUMMARY JUDGMENT**

The Defendant, John E. Potter, Postmaster General of the United States ("Defendant") moves the Court to dismiss John R. Gibree's ("Gibree") complaint or, alternatively, enter summary judgment against Gibree. In support the Defendant says that Gibree failed to exhaust his administrative remedies by contacting a United States Postal Service Equal Employment Opportunity Counselor within 45 days as required by 29 C.F.R. § 1614.105(a)(2004):

1. On January 28, 2004, the Defendant terminated Gibree's employment. Gibree contacted a United States Postal Service Equal Employment Opportunity (" EEO") counselor regarding that termination 230 days later. He alleged that the Defendant improperly terminated him based on a disability and prior EEO complaints.

2. EEO regulations require an employee to contact EEO within 45 days after the alledged improper employment action. See 29 CFR 1614.105(a)(2) (2004). Therefore, the EEO dismissed Gibree's complaint as untimely.

3. Gibree now seeks to circumvent the EEO regulations through filing his complaint

before this Court.

    WHEREFORE, the Defendant, for the reasons that are more fully set forth in his Memorandum In Support of His Motion to Dismiss Or, Alternatively, for Summary Judgment, moves that the Court dismiss Gibree's complaint or, alternatively enter summary judgment against him, and enter any other order justice demands.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: June 1, 2005                By:    /s/ Christopher Alberto
                                                  Christopher Alberto
                                                  Assistant U.S. Attorney
                                                  U. S. Attorney's Office
                                                  John Joseph Moakley
                                                  United States Courthouse
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA  02210
                                                  617-748-3311

Certificate

    The Defendant's position is that L.R. 7.1 (A)(2) only applies when counsel represents both parties.  In this case the plaintiff is pro se.

                                                  /s/ Christopher Alberto
                                                  Christopher Alberto