John Gibree
Complainant,

V

John E. Potter
Post Master General
Defentant

Case #
04-40251 FDS

Filed 7-11-05

Motion for Trial A.S.A.P.
  Delay would only add stress.

Certificate of Service
  Mailed Copies To
① Christophe Alberto
    US Attorny's office
    1 Courthouse Way
    Boston MA 02210

② Attornys General office
    Dept of Justice
    Washington D.C. 20530

③ U.S. Attorny's office
    9th Floor, U.S. Courthouse
    1 Courthouse Way 02210
    Boston MA

How can a Government agency allow NOT following Rules, and Regulations. This has been my world. Ruined by Abussive Management not following Rules + Regulations

Dear Judge SAYLOR

The power of The U.S. Post office has NOT upheld Thier part of The National Contract. Management in This Facility has To Answer To Nobody. They can get away with anything, According To Supervisor Armand Geoffrion. As stated in exhibit 1.A. plus 1B.

I am only asking for a Court Date A.S.A.P. The early The better To bring closure To The unspeakable Treatment That U.S. Postal ~~Service~~ was to keep me in, every day.

I did Talk To About 20-30 Lawyers To help me in This Matter. But when They heard The United States Postal Service was involed, They wanted no part of this Court Trial stating you will be dead before you can collect a dime from The U.S. Postal/Service.

The U.S. Postal Service offerred me a Job in 1987 and was one very happy person. Looking Foward To Retire From U.S. Postal System. Later in life.

But before I can become a happy Retired Postal Employee. Management Did not like me asking for my Rights according to the National Contract. By asking for my Right, I became a outcast. Every Day for 7-10 years. The only Request I made was to be supplied with a healthy work Enviroment. This is Totaly Managements Fault not to provide healthy work Enviroment. About 7-10 year ago I developed Ringing of the ears due to work Stress.

My life has changed for everyone around me and espicialy my way to Deal with life every day. I live with headaches every Day several times a day, 7-24. Doctors say as of now, no way to cure it.

I plead with you Judge Saylor to settle this court case A.S.A.P. Because of Management Abuse that I Reached out for any Lawyer to help me, and tried every possible Organization for help. No one wants to go against the U.S. Postal service. I feel sorry that a government agency is allowed to Abuse thier power and make deals with peoples Rights and Life. Isn't the government suppose to follow Regulations and the National Contract

Also enclosed is a injustice of U.S.P.S. To Take money out of my dissability checks. Remember I was unjustly Terminated and I can Prove This. And now they are Take money away from me and my benifits. (Exhibit) 2

Remeber I was derminated unjustly and warned not To go near the U.S.P.S facility. The U.S.P.S. kept on paying my Insurance I was kicked out of the U.S.P.S. employee Ranks. It was up to the Post office To pay or not pay my Insurance.

To me again the United States Postal Service has the Right To Take my money out of my checks for disability, and limited income. Does the U.S.P.S. have the Right To Ruin his Life, infect his family and not be accountible for thier actions.

I Recieved many phone calls (harrasing) and 7 letters 7-11-05, The same As shown Exhibit 2

The United States Postal Service has elected to ignore my Rights, and Retaliate at me because I was pursuing my Rights according to the national Contract.

Right now I am a man without a Job, no Rights, no union Representation, and no cure for my stress Related ailments that I live with every waking second.

Not only did my health, physical and mental health become overwhelming to me.

The P.O. has infected my whole family. The only way this Abussive management will change, is to make Them accountable for there Responceibility, and Abuse actions. I can only pray that I will be heard and this mistreatment of U.S.P.S employees will Stop.

Thank You
Very Much
John R Gihee

# Local 301, Mail Handlers' Union
Division of the Laborers' International
Union of North America, A.F.L.-C.I.O

Local 301



NEW ENGLAND

6/15/93

HEADQUARTERS:
38 CHAUNCY STREET, SUITE 802
BOSTON, MA 02111-2301
Telephone: (617) 426-4616
Fax: (617) 423-1727

The following is an account of a conversation between Dave West (union steward) and Armand Geoffrion (supervisor). As a witness of this conversation, I observed the conversation was about the rights of a female mailhandler to bump a casual. The jist of the conversation was that Armand was tired of the whining and complaining of the "bitches". He alleged he did not want to put up with "any more of their shit". Armand said this was off the record. Dave stated that statements would be taken as on the record since he was there as a steward. Armand said he "didn't give a fuck". Armand also stated that he could get away with anything once. Dave stated that we all had the same contract and should adhere to it. Armand again stated that he "didn't give a fuck". Again the reference to the female mailhandlers was "bitches" and "fucking cunts".

Basically the conversation was rough, derogatory, and non-caring by Armand.

Michael S. Ziemba
Tour 1 Mailhandler

# Local 301, Mail Handlers Union
### Division of the Laborers' International Union of North America, A.F.L.-C.I.O

Local 301 ~~Professional Supervision History Item 4~~ NEW ENGLAND



6/15/93

HEADQUARTERS:
38 CHAUNCY STREET, SUITE 802
BOSTON, MA 02111-2301
Telephone: (617) 426-4616
Fax: (617) 423-1727

At approximately 10:05 p.m. I (David West-union steward) approached supervisor Armand Geoffrion in regards to mailhandler Sharon Scirpoli being emotionally distraught. Armand proceeded to tell me how these no-good bitches were useless, unoficially, he laughed. I then told Armand that every thing being said was official as I was investigating this problem as an official of the Mailhandlers Union. Supervisor Geoffrion told me he didn't give a shit and he was tired of lazy workers, especially these silly cunts. I told Supervisor Geoffrion I was under the impression that dignity and respect towards workers was taking a precedent in the Postal Service. He replied that he didn't care about that and he was going to move the mail anyway he saw fit, contract or no contract. His statement at this point was "Write a fucking grievance". He then told me he can do anything once even if he knows it is wrong. I told Supervisor Geoffrion that this was not how things worked. He shouted "Fuck it. Tell the plant manager because I really don't give a shit." Supervisor Geoffrion's attitude is "I am king and the rest of the people working here are dog shit." This is the second major incedent in one month involving Armand Geoffrion in a confrontation with mailhandlers in totally showing no respect to the person whatsoever. If Supervisor Geoffrion doesn't wish to work together with the Mailhandlers Union as other supervisors are doing in the hopes of improving our working lives, then he should be granted permission to return to the craft he came from.

*David A. West*

David West
Steward-Tour 1
Local 301
NPMHU

I have been Treated like this all the Time by Armin Geoffrion, more than any other employee. Armin has set a standard To have iT in for me.



# DEPARTMENT OF THE TREASURY
## FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

## THIS IS NOT A BILL

**ATTENTION: YOUR SOCIAL SECURITY BENEFIT PAYMENT MAY BE REDUCED**

07/13/05

JOHN R GIBREE
11 MARWOOD RD
WORCESTER MA 01602-1716

Dear JOHN R GIBREE:

The Federal agency named below notified the U.S. Department of the Treasury's Financial Management Service (Treasury) that you owe that agency a delinquent debt. Federal law (31 U.S.C. § 3716) requires Treasury to reduce the amount of your Social Security benefit payments to pay this debt, a process known as "offset." Beginning no sooner than 09/2005, Treasury will offset up to 15% of each of your monthly Social Security benefit payments until your debt is paid or otherwise resolved. Treasury will not reduce any of your payments to less than $750 for a non-tax debt. Your Social Security benefit payments will be reduced each month unless you contact the following agency **and** meet their requirements to stop the monthly reductions:

| | |
|---|---|
| Debt Management Servicing Center<br>Financial Management Service<br>DMSC - Birmingham Office<br>P. O. Box 830794<br>Birmingham    AL 35283-0794 | 888-826-3127<br>(888) 826-3127<br><br>Acct Num: 250071548000743989<br>TIN Num: 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 |

The agency has previously sent notice to you at the last address known to the agency. The notice(s) included information on the amount and type of debt you owe, the rights available to you, and a statement of the agency's intent to collect the debt by reducing any Federal payments made to you. The agency submitted your debt to Treasury for collection because you failed to pay or otherwise resolve the debt. The Social Security Administration and Treasury cannot answer your questions about a debt you owe to another Federal agency. Only the agency to which you owe the debt can assist you in resolving it.

Please note that Treasury may reduce your Social Security benefit payments to collect more than one debt. If you owe debts to more than one Federal agency, Treasury will apply the amounts deducted from your Social Security benefit payments to each debt in the order required by law. **IF YOU RECEIVE OTHER FEDERAL PAYMENTS, THEY MAY BE REDUCED TO PAY YOUR DELINQUENT DEBT WITHOUT ADDITIONAL NOTICE.**

Sincerely,

*CR Wilson*

Charles A. Wilson
Financial Management Service, U.S. Department of the Treasury
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

PAYEE NAME:   JOHN R GIBREE
PAYING FEDERAL AGENCY:   Social Security Administration
PAYMENT TYPE: CHECK
CLAIM ACCT NUM: 013484604 A

PAYEE TIN: 013484604
PAYMENT DATE: 09/2005
BENEFICIARY TIN: 013484604

For Official Use Only:    0000000009 00000000013484604000000009155AWRN-SSAJOHN000009
SW0604

