John Gibree
Plaintiff
Vs.                                  Civil Code # 04-40251-FDS
United States
Postal Service

      This is a motion to continue the case due to the abuse this little dictator supervisor has willingly abused his authority.
      I would have a greater need to bring closure to this case as soon as possible. The better for my health.

Thank You Very Much ～
John Gibree

*[signature: John R Gibree]*

7-27-05

Exhibits for cival case # 04-40251-FDS

1 Managements Handbook
   (no accountability)
2 Statement in the workplace
3 Fitness for duty, No Explanation
4 Agencies outside help
5 Management abuse
   (no wienguard rights)
6 Wanted to join safety committee
   (denied)
7 Grievances that my Union would not file
   (denied safety grievance)
8 Hazard report returned in its entirety
   (not processed)
9 Hazard reports not acted on
10 EEO complaint denied
11 Claim for occupational disease again not properly processed
12 Management designated smoking area against the ELM
13 Armin not my supervisor harassing me again
14 Management request, I become whistle blower
15 Management again demanding I become whistle blower
   (EEO complaint)
16 One of my many EEO complaints, management lied and retaliated
17 Armin Geoffrcon ratting me out to other employees, I am a whistle blower
18 A-union sent limited info to make me guilty
   B-information union sent true documents to prove management lied
   C-union did not represent me
19 Letter from doctor
20 Doctor notes
21 Hearing to determine if I qualify for unemployment.
   Records show unequal treatment and arbitration results, U.S.P.S. was wrong
22 History of supervisors actions
23 Above the law, make own rules, sounds like a dictatorship to me!!!
24 Recording of unemployment Hearing
(CD)

Copy Sent To
Attorny's General office
Washington DC

Christopher Alberto
U.S. Attorny's office
Boston MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.