Motion for quick Trial by Jurrors,-
Time is a Major factor for Survival of my family

John R. Gibree

Plaintiff

VS.

United States Postal Service

Defendent.

Case #

4:04-CV-40251-FD.

11 Marwood Road
Worcester, MA 01602
October 11, 2005

Dear Sirs:

Case # 4:04-CV-40251-FDS

I am writing to apologize because of my lack of professionalism regarding proper protocol. For this, I ask your forgiveness.

My desire to contact you is of great need to resolve this case as soon as possible. This would bring closure and I can then try to turn my life around. Now I am in a constant state of depression and other ailments resulting from stress.

To achieve a quick decision would only hope to turn my stressful ailments around and on a road to recovery. I asked for equal rights and healthy working conditions from this government agency, (U.S.P.S.). The response was management abusing retaliation, purjery, hate crime, and collaboration to deny my basic rights of the Constitution of the United States. The Ten Amendments passed by Congress on September 25, 1789. The United States Postal Service allowed an abusive manager to dictate his rules and not be accountable for his actions. From the Constitution of the U.S. amendments, Articles I, IV, V, VII, VIII, IX, XIII and XIV, have been made a mockery by government agency. The Declaration of Independence also is abused by this government agency that all men are created equal and the basic life, liberty and pursuit of happiness. When government becomes destructive to these ends, it is the right of the people to alter or abolish it and must base their foundation on such principles that are most likely to affect their safety and happiness. This government agency allowed a very abusive lawless management denies basic rights, which they are accountable. This management and my own union worked together to deny my rights, commit purgery, break E.E.O. contracts, retaileation, demand I become a WHISTLE BLOWER and doing nothing when I turned in the employees as they demanded. Then management would make sure all employees knew it was I doing the WHISTLE BLOWING.

According to the Amendments of the United States, I am allowed a trial by jury. It also states the accused shall enjoy the right to a speedy and public trial. In this special case, my employer, the United States Postal Service, has accused me of numerous infractions. A government agency that is responsible for following rules and regulations and extending equal rights to all should be accountable for their abusive manner and disregard to the laws of the land, federal state, and local contractual rights to the employee.

Delaying this case could only result in a travesty for me and my family trying to survive physically, mentally and financially.

Please consider this request since time is a factor in this case. Thank you very much.

Thank you
Very Much

John R Gibrec

I certify that I have served copies to Attorney's General office
Washington D.C
+ Attorney General, Boston Mass. Chris Alberto
John R Gibrec



# Investigative Programs
# Civil Rights

## Federal Civil Rights Statutes

Title 18, U.S.C., Section 241 - Conspiracy Against Rights

Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

Title 18, U.S.C., Section 245 - Federally Protected Activities

Title 18, U.S.C., Section 247 - Church Arson Prevention Act of 1996

Title 18, U.S.C., Section 248 - Freedom of Access to Clinic Entrances (FACE) Act

Title 18, U.S.C., Section 844(h) - Federal Explosives Control Statute

Title 42, U.S.C., Section 3631 - Criminal Interference with Right to Fair Housing

Title 42, U.S.C., Section 14141 - Pattern and Practice

Civil Rights Home Page
Hate Crime
Hate Crime Cases
Color of Law
Freedom of Access to Clinic Entrances
Involuntary Servitude/Slavery
Federal Civil Rights Statutes
News and Issues

Submit A Tip
Apply Today
Links
Contact Us
Site Map
Privacy Policy

**Title 18, U.S.C., Section 241**
**Conspiracy Against Rights**

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).



## Investigative Programs
## Civil Rights

The Federal Bureau of Investigation (FBI) is the primary federal agency responsible for investigating all allegations regarding violations of applicable federal civil rights laws. These laws are designed to protect the civil rights of all citizens and persons within United States territory. The mission of the FBI's Civil Rights Program is to enforce federal civil rights statutes and to ensure that the protected civil rights of all inhabitants are not abridged.

The FBI's Civil Rights Program consists of the following sub-programs:

- *Hate Crimes*
- *Color of Law/Police Misconduct*
- *Involuntary Servitude/Slavery (ISS)*
- *Freedom of Access to Clinic Entrances (FACE)*

The four sub-programs are administered by the Civil Rights Unit at FBI Headquarters. In addition to providing oversight to field investigations related to Color of Law/Police Misconduct and Hate Crime, the Civil Rights Unit also provides training to FBI New Agents, FBI field agents, National Academy attendees and other state/local police officers from around the country.

The FBI, pursuant to guidelines established in cooperation with the Department of Justice's (DOJ's) Civil Rights Division, requires each field office to initiate a civil rights investigation whenever information is received from any source not known to be unreliable. Though most complaints are received from the victim, witness or a third party related to the victim, a significant number of cases are initiated based on media reports, complaints from community interest groups, referrals from DOJ or the local United States Attorney's Office, and Congressional inquiries.

The FBI has the mission to investigate allegations of civil rights violations pursuant to federal statutes. Final prosecutive authority rests with DOJ's Civil Rights Division.

Sidebar links:
- Civil Rights Home Page
- Hate Crime
- Hate Crime Cases
- Color of Law
- Freedom of Access to Clinic Entrances
- Involuntary Servitude/Slavery
- Federal Civil Rights Statutes
- News and Issues

Submit A Tip
Apply Today
Links
Contact Us
Site Map
Privacy Policy