UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN R. GIBREE

Plaintiff,

v.  Civil No. 04-40251-FDS

JOHN E. POTTER
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

Defendant.

THE PLAINIFF'S MEMORANDUM IN RESPONSE TO THE JUDGE'S REQUEST AND IN RESPONSE TO THE DEFENDANT'S MOST RECENT MEMORANDUM

Dear Judge Saylor,

Upon review of your recent decision I respectfully ask that you consider the above case as a hybrid claim, according to 29 or 39 U.S.C., 1208(b). I thank you for your understanding and consideration in this matter.
I regret that I did not provide the documentation needed to prove a timely EEO complaint. I have this documentation now but realize that it is past the time I would be allowed to submit it.
Hopefully this packet will assist you in your decision. I have tried to be more organized in order to help. Thank you again.

Sincerely,

*[signature]*

John R. Gibree

*[signature]*

2/6/06,sgibree

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.