John R. Gibree

Plaintiff

Vs.
United States Postal Service

Defendant

case #
4: 04-CV-40251-FDS

I request a motion to have a just decision by your honor, Judge Saylor, by jury as soon as possible. I am pleading with your honor's decision to find fact to a speedy trial is essential for my families survival. Facts to follow.

`Yours Truly,
John R. Gibree
Plaintiff

3-29-06
*John R Gibree*

C.C. Sent to
  Christ Alberto
U.S. Attorney's Office

  U.S. Federal Court
Worcester Ma
Fed. Building

U.S. Attorneys Office
Dept of Justice
Washington D.C.

Dear Judge Saylor

The following information will insure the URGANCY to have a trial by JURY to insure to have due process of the law. The U.S.P.S. could not respond to DOCUMENTS, PLAINTIFF presented to the FEDERAL DISTRICT COURT, 03/08/2006., The FACTS directed to contain INDISPUTABLE EVIDECE that clearly shows the TRUTH, management ABUSE of their power.. The U.S.P.S. could not respond to this document, because it is hard to defend postal actions, abusing their POWER TO LIE and inflict UNJUST TREATMENT TO AN EMPLOYEE OF THE UNITED STATES OF AMERICA POSTAL SERVICE .. MANAGEMENT ORGANISED A very ,UGLY STREESFULL, UNHEATHLY, work environment DEVELOPED to inflict UNFAIR TREATMENT directed at me [JOHN GIBREE]., FOR 10 YEARS, with NO CONCERN to my basic RIGHTS as a human being to be TREATED EQUAL. The following documents will insure the NEED for a TRIAL BY JURY as soon as possible to stop the only means to SURVIVE and AVIOD BANKCRUBCY and be FORCED TO SELL MY HOUSE TO SURVIVE. EXHIBIT 1-A, 2 LARGE BILLS from the I.R.S.,1-B-C ,UNPAID HOUSEHOLD BILLS , 1-D, MY SONS UNPAID BILLS ,1-E ,DAUGHTERS UNPAID BILLS , 1-F, BANK STATEMENTS. EXHIBIT H, DETAILS show scabs ,[SHINGALS] ,STREES RELATED. EXHIBIT I, in blue container, a seven day display of MEDICINE NEEDED to COMBAT MY DEPRISSION, STREES, related symptom which developed OVER TIME from UNJUST TREATMENT by MANAGEMENT and my nonrepresentational by my UNION to NEGLICT their RESPONCIBILLITIES to PROTECT MY RIGHTS.

The past 13 has turned me into a worry wart. My Relief is to be set for life. and not worry about bills. I know is try to Reverse what has brought me into this physical wreck, and mentally handicapped. Paying out of pocket too!

11 Marwood Road<br>
Worcester, MA 01602<br>
March 20, 2006

DEAR JUDGE SAYLOR.

    The U.S.P.S. has chosen to follow low unqualified, SUPERVISIOR SKILLS, SKILLS that were present in ABRAHAM LINCOLN time in the past. A supervisor who was quoted that he[ARMIN GEOFRION] WAS OUT TO GET JOHN GIBREE .Then several other employees of management joined ARMINS QUEST,OUT TO GET JOHN. The U.S.P.S. shown little consideration for supervisor accountability for their actions, look the other way attitude when selected employees were being ABUSED, and their basic civil rights being intentionally ignored by the U.S.P.S... I ,one of the abused employees without any rights .HOW can a government agency get away with lies ,threats ,intimidation ,perjury, whistle blowing, break contracts ,retaliation cohesion ,not following several NATIONAL CONTRACTS and the ABOVE THE LAW attitude .Again supervisors QUOTE, I can get away with anything once .Please do not forget the coercion with my union to deny my rights ,FIXED ARBURTRATION CASE to terminate JOHN GIBREE.I cannot even get a TRUE DO PROCESS OF THE LAW ,which I have unjustly been treated ,not one hour ,a day ,month, year but eight to nine years every day .In return I developed STRESS SYMTOMS ,physically ,and mentally, as of now ,no cure. My family has greatly suffered during this time span TOO. It is a travesty ,as a FEDERAL EMPLOYEE to be discarded like a piece of trash without any concern toward himself or his family. As we speak the I.R.S. is following proper procedure collecting taxes that were out of a unmoral tax year because of my early withdrawal of my pension ,so my family could survive. If the U.S.P.S. were to have small similarity to the I.R.S. PROFFESIONALISM to follow rules and regulations ,I would not be in a state of PAIN and SUFFERING and never finically burden as a result of U.S.P.S. ACTIONS. Before the U.S.P.S. arbitration was ever heard . The U.S P.S had made the same accusations filed against me at the unemployment arbitration case. I was awarded this decision in my favor , plus management stated a different course of events at this hearing than the postal hearing .First of all management responded that I STEPPED ON SUPERVISIOR FOOT on this avadavat to the unemployment hearing. Also included was the U.S.P.S. ADMITTING THE UNFAIR LABOR practice to treat ME different to other employees in the same situation. I request for admission to the FACT MANAGEMENT WOULD TERMINATE ME for the same infraction other employees would receive progressive discipline admitting to unfair LABOR PRACTICE by the U.S.P.S. .Management stated there was no reason for John Gibree not collect unemployment , making the same accusations at this hearing to be FALSE., The U.S.P.S. did not produce any evidence to back their claim, and just waited to punish me at their postal hearing. I have just noticed while I was filing chargers against the union for not representing my RIHGTS as a union paying member, at the same time I was going through union arbitration MY rights as a union member never REALLY excited , and my rights as a HUMANBEING WAS LOWER THAN SNAIL POOP..I felt like I was DEHUMANIZED. AND THE WEIGHT OF ALL MY TROUBLES KEEP ON HITTING ME IN THE HEAD EVERY DAY FOR YEARS and will continue the REST OF MY LIFE.[ no cure stress related]. Right now my biggest burden is my family financial downfall from domino effect from being unjustly terminated from the U.S.P.S.. The RELIEF I am seeking is to reverse this financial downfall to my FAMILY AND REMOVE MY FEAR of loosing everything we have worked for. My only relief is to REDUSS MY STREES as soon as possible in any avenue to achieve a goal of trying to remove all the STREES the U.S.P.S. forced me to be under all these years.

P.S. I had written this page before the court contacted me. Out poor of my feelings in Quick Sand. Please Help ME Judge Saylor, I only want to be heard by a Jury, The Truth will come out

Thank You Very Much

John R Gibree



JOHN GIBREE
RESIGNS

II

Exhibit II - Found on Union Bulliton board just outside Union office
Exhibit III Too!

# WELCOME BACK JOHNNY G.

## FOR 5min ONLY





