| | |
|---|---|
| JOHN GIBREE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NO. 04-40251-FDS |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE ) | |
| ) | |
| ) | |
| ) | |

Judge Saylor, J

    I john Gibree (plaintiff) to make a decision to which judicial officer will hear my case. I the plaintiff will defer my case number 4:04-CU-40251-FDS to be heard before United State Magistrate Judge. I thank judge Saylor for the understanding and help he has given me throughout the case. I have tried to obtain a lawyer through remedies recommended but with out success.

                                                        Sincerely,
                                                        John Gibree

                                                     *John R Gibree* (signature)
                                                     5/15/06

Copy sent to Christopher Alberto
United States Attorneys Office
Boston Mass