# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOHN R. GIBREE,
        Plaintiff,

v.                                                              Civil Action
                                                         No.:04-40251-TSH

UNITED STATES,
        Defendant,

# PRETRIAL ORDER

**February 1, 2007**

**HILLMAN, M.J.**

      A Final Pretrial Conference shall be held on **Wednesday, February 28, 2007 @ 3:00 p.m.** A bench trial is scheduled for **Monday, March 5, 2007 at 9:00 a.m.** Trial days will be held on Mondays, Wednesdays & Fridays from 9:00 a.m. to 1:00 p.m., and Tuesdays & Thursdays from 9:00 a.m. to 4:00 p.m.

      The following pleadings shall be filed with this Court:

        (a)    motions in limine due on or before February 24, 2007.

        (b)    suggested findings of fact (courtesy copy filed with the Court) due on or before March 2, 2007.

        (c)    legal briefs due on or before March 2, 2007.

        (d)    list of proposed witnesses due on or before February 24, 2007.

**COUNSEL/PARTIES SHALL PRE-MARK ALL EXHIBITS**:

      **Agreed upon exhibits marked sequentially by number (JEX 1, etc.).**
      **Exhibits not agreed upon, marked for identification alphabetically (Id. A, etc.).**

                                                    BY THE COURT,

                                                    /s/ Lisa B. Roland
                                                    Lisa B. Roland
                                                    Deputy Clerk
                                                    (508) 929-9905