UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| JOHN GIBREE, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-40251-TSH |
| | ) | |
| UNITED STATES POSTAL | ) | |
|   SERVICE | ) | |
|       Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' MOTION FOR ORDER ENLARGING TIME FOR
PRE-TRIAL HEARING AND BENCH TRIAL**

The United States respectfully requests the Court to reschedule the time for the Final Pre-Trial Conference scheduled for February 28, 2007 and the Bench Trial scheduled for March 5, 2007 for some time after March 15, 2007 because the undersigned just completed a trial yesterday and is preparing for a five-day trial scheduled to begin before the Honorable Douglas Woodlock on February 26, 2007.  *See Allen v. USA,* Docket No. 05-11463.  The proposed rescheduling does not prejudice the Plaintiff.

                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney

                                   By:    */s/ Christopher Alberto*
                                                 CHRISTOPHER ALBERTO
                                                 Assistant U.S. Attorney
                                                 U. S. Attorney's Office
                                                 John Joseph Moakley
                                                 United States Courthouse
                                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA  02210

Local Rule 7.1 (A)(2) Certificate

    Pursuant to the Local Rule 7.1(A)(2), requires "counsels" to confer, that Rule's provision does not require counsel to confer with "pro se" parties before filing a motion. A telephone message was left for Mr. Gibree informing him of the above motion.

                                            */s/ Christopher Alberto*
                                            CHRISTOPHER ALBERTO
                                            Assistant U.S. Attorney


CERTIFICATE OF SERVICE

    I, Christopher Alberto, Assistant United States Attorney, hereby certify that this document filed through the ECF system was mailed to John R. Gibree, 11 Marwood Road, Worcester, MA 01602, by first class, postage prepaid mail, on this date.

                                            */s/ Christopher Alberto*
                                            CHRISTOPHER ALBERTO
                                            Assistant U.S. Attorney

Dated: February 22, 2007