United States District Court

```
| John Gibree        |
|      Plaintiff     |     Civil Action No. 04-40251-TSH
| v.                 |
| United States      |
| Postal Service     |
```

John Gibree opposing motion Request for Delaying PreTrial and BenchTrial.

The united States (U.S.P.S.) has in fact in thier posection The DATE 2-28-07 scheduled for a bench Trial. The U.S.P.S RepresenTive knew of this DaTe and should have not made other Appointments conflicting with the bench Trial proceedings scheduled 2-28-07.

Mr Judge Hill The USPS Attorny has in the past moitioned to delay a deadline and Respond to a Affidavit I ask for a Responce. His delay was granted And the Fact He Did Not Respond To this Affidavit. Now he wants to delay the bench Trial. Christopher Alberto (USPS Attorny) clearly knew of the bench Trial Almost a year ago. If a New Trial was just presented To christopher Alberto. He should have enlarged thier Recently couAT case because the Fact he was already scheduled in CourT.

My CourT Case should not be discRegaurded like a unimportant Trial. I have already lifed in a STressfull bubble for 14-16 years. I am only Asking for my Day in CouRT and a Trial by Jury, And bring closure A.S.A.P.

Local Rule 7.1 (A)(2) Certificate Requires counsels to confer before filing a motion. A Telephone call will be made Today 2-23-07

I will first file a motion to dismiss your Request to enlarge Time for Pre Trial.

### Certificate of Service

I John Gibree will hereby Certify that this document be mailed to U.S.P.S. Attorny, Christopher Aberto. Today 2-23-07 will mail this document and also call his office to leave a message to object to his motion

*John R Gibree*
John R Gibree
Plaintiff

2-23-07