UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GIBREE,    Plaintiff,  v.  UNITED STATES POSTAL  SERVICE,    Defendant. | )  )  )  )  )  )  )  )  )  )  ) |

CIVIL ACTION NO. 04-40251-FDS

**WITNESS LIST**

Mark Pearson
Labor Relations Manager
United States Postal Service
Administrative Offices
North Reading, MA
978-664-7626

Craig Lauzon
Branch President
National Postal Mailhandlers Union
Shrewsbury, MA
508-793-5179

Joseph M. Fortunato
27 Sullivan Place
Milbury, MA 01527

Peter Attridge
Federal Aviation Administration
12 New England Executive Park
Burlington, MA 01803
781-238-7262

Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   */s/ Christopher Alberto*
       CHRISTOPHER ALBERTO
       ANTON P. GIEDT
       Assistant U.S. Attorneys
       U. S. Attorney's Office
       John Joseph Moakley
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210

## CERTIFICATE OF SERVICE

I, Christopher Alberto, Assistant United States Attorney, hereby certify that this document filed through the ECF system was mailed to John R. Gibree, 11 Marwood Road, Worcester, MA 01602, by first class, postage prepaid mail, on this date.

        */s/ Christopher Alberto*
        CHRISTOPHER ALBERTO
        Assistant U.S. Attorney

Dated: February 27, 2007