case # 4:04-cv-40251-TSH

2-2
3-5-07

filed in open court 3/5/2007

John Gibree
   Plaintiff

v

John E. Potter
U.S.P.S
   Defendant

Civil Action No.

404-cv-40251-TSH

3/05/07, Denied after hearing. [signature]

I John Gibree make a motion for Bill of Rights. Article VII states Right To Trial by Jury. My Right for Due process of the Law. A Jury Trial is needed to escape the Abusive government (U.S.P.S) and my Trial will not be in good faith until my case is heard before the people. All Government Ageny's will Admit No wrong doings, Being Above the Law. A Jury Trial is in Fact needed for Due process of the Law.

34

2-2
3-5-07

If Judge Hillman will NOT grant me a Trial by Jury. Then please explain the Reason To deny me the Right To have a Trial by Jury.

Plaintiff
John R Gibree

*John R Gibree* (signature)

Copy Christopher Alberto (USPS Attorney)