AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

JOHN GIBREE

V.

US POSTAL SERVICE

**WITNESS LIST**

Case Number: 04-40251-TSH

| PRESIDING JUDGE  Hillman | PLAINTIFF'S ATTORNEY  Pro-se | DEFENDANT'S ATTORNEY  Alberto |
|---|---|---|
| TRIAL DATE (S)  3/5/2007 | COURT REPORTER  Raymond F. Catuogno, Jr. | COURTROOM DEPUTY  Roland |

| PLF. | DEF. | DATE OFFERED | | | WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| X | | 3/5/07 | | | Arthur LeDoux |
| X | | 3/5/07 | | | Armond Geoffrion |
| X | | 3/5/07 | | | Paul Gregoire |
| | X | 3/5/07 | | | Lawrence Midura |
| | X | 3/5/07 | | | Craig Lauzon |
| | X | 3/6/07 | | | Robert Broxton, Sr. |
| | X | 3/6/07 | | | Joseph Fortunato, Jr. |
| | X | 3/6/07 | | | Peter Attridge |
| X | | 3/6/07 | | | John Gibree |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages