✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| | | | | | |
|---|---|---|---|---|---|
| JOHN GIBREE | | | | **EXHIBIT LIST** | |
| V. | | | | | |
| US POSTAL SERVICE | | | | Case Number:  04-40251-TSH | |

| PRESIDING JUDGE<br>Hillman, MJ | PLAINTIFF'S ATTORNEY<br>Pro-se | DEFENDANT'S ATTORNEY<br>Alberto |
|---|---|---|
| TRIAL DATE (S)<br>3/5/2007 | COURT REPORTER<br>Raymond F. Catuongno, Jr. | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| JEX | 1 | 3/5/07 | X | X | Agreement between National Postal Mail Handlers Union-Book |
| JEX | 2 | 3/5/07 | X | X | National Postal Mail Handlers Union Post Hearing Brief |
| JEX | 3 | 3/5/07 | X | X | Letter dated May 20, 2004 by Terrence J. Donahue |
| JEX | 4 | 3/5/07 | X | X | Report of Hazard, Unsafe Condition or Practice-10/28/96 |
| JEX | 5 | 3/5/07 | X | X | Report of Hazard, Unsafe Condition or Practice 6-5-02 |
| JEX | 6 | 3/5/07 | X | X | Northeast Area Safety and Health Policy |
| JEX | 7 | 3/5/07 | X | X | Letter from Plaintiff to Mr. Timothy McQuaid |
| JEX | 8 | 3/5/07 | X | X | Letter dated February 14, 1996 from Katie Deary to Arthur Ledoux |
| JEX | 9 | 3/5/07 | X | X | Paper where "Smoking is not permitted in any postal facility."-highlighted |
| JEX | 10 | 3/5/07 | X | X | EEO Complaint Data Entry-Packet |
| JEX | 11 | 3/5/07 | X | X | Document signed by Paul Gregoire-14-B |
| JEX | 12 | 3/5/07 | X | X | Letter dated July 9, 2002 to John R. Gibree-packet |
| JEX | 13 | 3/5/07 | X | X | Suspension Section 25 (f) Employer Statement dated June 8, 2004 |
| | 14 | 3/5/07 | X | X | Document dated 8/23/2002 signed by Pla, Paul Gregoire & Bob Broxton |
| JEX | 15 | 3/5/07 | X | X | Arbitration Ruling dated 9/15/2004 |
| JEX | 16 | 3/5/07 | X | X | Booklet-MEMORANDUM OF UNDERSTANDING |
| JEX | 17 | 3/5/07 | X | X | Booklet-ITEM A-WASH-UP TIME |
| JEX | 18 | 3/5/07 | X | X | Letter dated 8/7/03 to Joseph Bisceglia from Craig Lauzon |
| JEX | 19 | 3/5/07 | X | X | Letter dated 6/12/02 from John R. Gibree |
| JEX | 20 | 3/6/07 | X | X | Packet of documents, top of page dated January 13, 2004 |
| | 21 | 3/6/07 | X | X | United States Postal Service Closing Brief |
| JEX | 22 | 3/6/07 | X | X | Packet, First page Letter dated August 22, 2002 from Craig Lauzon to Arthur LeDoux |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages