UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN R. GIBREE,
    Plaintiff,

vs.

CIVIL ACTION
NO. 04-40251-TSH

UNITED STATES POSTAL SERVICE,
    Defendants,

## **JUDGMENT**

HILLMAN, M.J.

X    DECISION BY THE COURT. This action came before the Court for a Bench Trial. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In accordance with the Memorandum of Decision and Order for Judgment entered on June 20, 2007, Judgment is entered for the Defendant, the United States Postal Service Service.

SO ORDERED.

                                      By the court,

Date: June 25, 2007                  /s/Lisa B. Roland
                                      Lisa B. Roland,
                                      Deputy Clerk