## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_John Fierro_

V.   Case No. _04-40251-TSH_

_US Postal Service_

### RECEIPT

Received of the Clerk, U.S. District Court, the following documents and/or exhibits
in the above-entitled case:

_All Trial Exhibits_

Name: _Christopher Alberto_
Address: _1 Courthouse Way_
_Boston, MA 02210_
Telephone: _617-748-3311_

Date: _7/17/2007_